# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2023 ND 52

In the Matter of O.H.W.

State of North Dakota,                                   Petitioner and Appellee

    v.

O.H.W.,                                                 Respondent and Appellant

## No. 20220263

Appeal from the District Court of Cass County, East Central Judicial District, the Honorable Stephannie N. Stiel, Judge.

AFFIRMED.

Per Curiam.

Ryan J. Younggren, Assistant State's Attorney, Fargo, ND, for petitioner and appellee.

Tyler J. Morrow, Grand Forks, ND, for respondent and appellant.

# Matter of O.H.W.
## No. 20220263

**Per Curiam.**

[¶1]   O.H.W. appeals from a district court order denying his application for discharge from civil commitment as a sexually dangerous individual. He argues the court's finding that he has serious difficulty controlling his behavior was based on insufficient evidence. Under our modified clearly erroneous standard of review, clear and convincing evidence exists for the court's finding O.H.W. has serious difficulty controlling his behavior. The finding is not clearly erroneous. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
Daniel J. Crothers
Jerod E. Tufte
Gail Hagerty, S.J.
William A. Neumann, S.J.

[¶3]   The Honorable Gail Hagerty, S.J., sitting in place of Bahr, J., disqualified.

[¶4]   The Honorable William A. Neumann, S.J., sitting in place of McEvers, J., disqualified.